IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

Daniel Norris, )
 )  C/A No. 0:18-2344-TMC
 Plaintiff, )
 )  **ORDER**
 v. )
 )
Commissioner of Social Security, )
 )
 Defendant. )
 )

Plaintiff, Daniel Norris, brought this action under 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his claim for benefits under the Social Security Act. (ECF No. 1). Before the court is the Commissioner's motion to remand (ECF No. 12) requesting that the Commissioner's decision be reversed and the case remanded, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for further administrative action as set forth in the motion. Specifically, the Commissioner seeks a remand for the administrative law judge is to "obtain supplemental vocational evidence, resolve any conflicts in accordance with Social Security Ruling 00-4p, and reevaluate Plaintiff's residual functional capacity." (ECF No. 1 at 1). Plaintiff has consented to the remand. *Id.* at 1-2.[1] Accordingly, the Commissioner's decision is **REVERSED**, pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further administrative proceedings.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

April 17, 2019
Anderson, South Carolina